UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHIVA AKULA                                                              CIVIL ACTION

VERSUS                                                                   NO. 23-1057

BERNARD CASSIDY, ET AL.                                                  SECTION: "P" (5)

## ORDER AND REASONS

Before the Court are the Motion to Dismiss for Failure to State a Claim filed by Defendant, Passages Hospice ("Passages")[1] and the Motion to Dismiss filed by Defendant, Palmetto GBA, LLC ("Palmetto").[2] *Pro se* Plaintiff, Shiva Akula, originally filed this action in the Southern District of Florida, naming Passages and Palmetto, among others, as defendants.[3] After the case was transferred to the Eastern District of Louisiana, Plaintiff filed an amended complaint, which does not name Passages or Palmetto as a defendant.[4] Passages and Palmetto nevertheless move the Court to dismiss Plaintiff's claims against them for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).[5] Plaintiff's response to both motions confirmed that, as evidenced by his amended complaint, Plaintiff is no longer pursuing the claims brought against Passages or Palmetto in the original complaint.[6]

---

[1] R. Doc. 65.
[2] R. Doc. 66.
[3] R. Doc. 1.
[4] R. Doc. 40.
[5] Palmetto also seeks dismissal for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). *See* R. Doc. 66.
[6] *See* R. Docs. 94, 95.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff is entitled to voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.[7] Passages and Palmetto have not filed an answer or motion for summary judgment in this case. Accordingly, because Plaintiff's amended complaint did not renew or allege any facts or claims against Passages or Palmetto, the Court construes the amended complaint as a notice of voluntary dismissal as to these previously named defendants.

For these reasons,

**IT IS ORDERED** that Plaintiff's claims against Passages Hospice and Palmetto GBA, LLC are **DISMISSED** without prejudice.

Given that Plaintiff has dismissed his claims against these defendants, **IT IS FURTHER ORDERED** that the Motion to Dismiss for Failure to State a Claim filed by Defendant, Passages Hospice (R. Doc. 65) and the Motion to Dismiss filed by Defendant, Palmetto GBA, LLC (R. Doc. 66) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 10th day of April 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[7] Fed. R. Civ. P. 41(a)(1).